**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:18-cv-22016-DPG-AMO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**JOHN DOE 1**
**a/k/a "Jeff Adams,"**

**JOHN DOE 2**
**a/k/a "James Jackson," and**

**JOHN DOE 3**
**a/k/a "Asima Ham," a/k/a "Asim Aham,"**
**a/k/a "Asima Asima,"**

**all of whom are doing business as**
**"www.fortune500sweepstakes.com"**
**and "www.fraudprotectionagency.com",**

**Defendants.**
________________________________________/

**UNITED STATES' NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF ITS MOTIONS FOR: (A) ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS AND (B) TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

Plaintiff, the United States of America ("the United States"), hereby provides notice to the Court of its filing of declarations in support of the United States' Motion for Order Authorizing Alternate Service of Process of Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) and the United States' Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue. In support of its motions, the United States submits the Declaration of United States Postal Inspector Bryan Masmela; the Declaration of Brenda Mulkey, a victim of Defendants'

fraudulent scheme; and the Declaration of Edith Ramirez, the former Chairwoman of the U.S. Federal Trade Commission, as well as exhibits in support of those declarations. To protect the privacy of the victims of Defendants' scheme, personally identifiable information of the victims on the exhibits has been redacted.

DATED: May 21, 2018

**Respectfully Submitted,**

**CHAD A. READLER**
**Acting Assistant Attorney General**
**Civil Division**

**ETHAN P. DAVIS**
**Deputy Assistant Attorney General**

**GUSTAV W. EYLER**
**Acting Director**
**Consumer Protection Branch**

**JILL P. FURMAN**
**Deputy Director**
**Consumer Protection Branch**

**By: s/ *Kathryn A. Schmidt***
**KATHRYN A. SCHMIDT**
**Trial Attorney**
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC 20044
Tel.: 202.598.8697
Fax: 202.514.8742
Email: Kathryn.A.Schmidt@usdoj.gov

*Counsel for United States of America*

**BENJAMIN G. GREENBERG**
**UNITED STATES ATTORNEY**

**JAMES A. WEINKLE**
**Assistant United States Attorney**
Florida Bar No. 0710891
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel.: 305.961.9290
Fax: 305.530.7139
Email: James.Weinkle@usdoj.gov

*Counsel for United States of America*