# DECLARATION OF EDITH RAMIREZ

I, Edith Ramirez, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over the age of 18 and reside in Washington, D.C.

2. I was a Commissioner of the Federal Trade Commission ("FTC") from April 2010 until February 2017. I served as the Chairwoman of the Commission from March 2013 to January 2017.

3. The letter attached to this Declaration as Exhibit A, which purports to be from the "Fraud Protection Agency," uses a copy of an electronic signature I used during my tenure at the FTC to sign, among other things, reports and other public materials that were posted on the FTC website. I did not sign the letter; nor did I authorize anyone to sign it on my behalf.

4. On June 7, 2017, the date that appears on the letter, I was no longer Chairwoman of the Federal Trade Commission nor was I employed at the agency in any capacity at that time.

5. Contrary to the representations in the letter, the Fraud Protection Agency is not a bureau, office, or component of the FTC. I am not aware of any federal government entity with that name.

6. The letter refers to an "internal system" of the FTC that purportedly verifies sweepstakes competition winners and tracks whether the winners have collected their prizes. The Commission has no such verification or tracking system.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the forgoing is true and correct. Executed on March 20, 2018, in Washington, D.C.

______________________________

EDITH RAMIREZ